IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT CLARK, et al., ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> DRUG EMPORIUM, INC., ) <br> ) <br> Defendant. ) | Civil Action No.:  02-CV-2848 |

**PRAECIPE TO ATTACH SUPPLEMENTAL CERTIFICATIONS OF
JOHN D. DUNBAR, ESQUIRE AND KELLY S. MOOTHART, ESQUIRE
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE
ON BEHALF OF DRUG EMPORIUM, INC.**

Please attach the supplemental certifications of John D. Dunbar, Esquire and Kelly S. Moothart, Esquire in support of the Motion for Admission Pro Hac Vice on behalf of Drug Emporium, Inc., which motion was originally filed on July 19, 2002.

    Respectfully submitted,

    ADELMAN LAVINE GOLD AND LEVIN,
    A Professional Corporation

By: _____
    WILLIAM R. HINCHMAN, ESQUIRE
    Suite 1900 Two Penn Center Plaza
    Philadelphia, PA 19102
    Counsel for Drug Emporium, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT CLARK, et al., )<br>)<br>Plaintiffs ) | Civil Action No.:  02-CV-2848 |
| )<br>v. )<br>) | |
| DRUG EMPORIUM, INC., )<br>)<br>Defendant. ) | |

## CERTIFICATE OF SERVICE

I, William R. Hinchman, Esquire, hereby certify that on this 31st day of July, 2002, I caused to be served a true and correct copy of the foregoing Praecipe to Attach Supplemental Certification of John D. Dunbar, Esquire and Kelly S. Moothart, Esquire in support of the Motion for Admission Pro Hac Vice on behalf of Drug Emporium, Inc. on the following interested parties via United States first class mail, postage pre-paid.

        Jason L. Brodsky, Esquire
        Brodsky & Smith, LLC
        11 Bala Avenue, Suite 39
        Bala Cynwyd, Pennsylvania  19004


        _____
        WILLIAM R. HINCHMAN, ESQUIRE


Date: _____