IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT CLARK, et al., ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> DRUG EMPORIUM, INC., ) <br> ) <br> Defendant. ) | Civil Action No.:  02-CV-2848 |

### DEFENDANT'S MOTION TO DISMISS CASE AS MOOT

Defendant, by and through its undersigned attorneys of record respectfully moves this court for an order dismissing this action as moot.  Defendant submits its brief in support of its motion concurrently with the filing of this motion.

WHEREFORE, defendant respectfully requests that this action be dismissed with prejudice and that each party be responsible for their own attorney's fees and costs.

            Respectfully submitted,

            ADELMAN LAVINE GOLD AND LEVIN,
            A Professional Corporation


            _____
            William R. Hinchman (I.D. No. 60540)
            1900 Two Penn Center Plaza
            Philadelphia, PA  19102-1799
            (215) 568-7515 – Telephone
            (215) 557-7922 – Facsimile

                    *and*

DANIELS & KAPLAN, P.C.

_____
John D. Dunbar
Kelly S. Moothart
1102 Grand Boulevard
Fifteenth Floor
Kansas City, MO  64106
(816) 221-3000 – Telephone
(816) 221-3006 – Facsimile

ATTORNEYS FOR DEFENDANT
DRUG EMPORIUM, INC.