IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT CLARK, et al., | ) |
| Plaintiffs | ) Civil Action No.: 02-CV-2848 |
| v. | ) |
| DRUG EMPORIUM, INC., | ) |
| Defendant. | ) |

**Order**

AND NOW, this _____ day of _____, 2002 upon consideration of Defendants' Motion to Dismiss Case as Moot (the "Motion") and the Response of the Plaintiff thereto, if any, it is hereby

ORDERED AND DECREED that Defendants' Motion is Granted and,

IT IS FURTHER ORDERED that this matter is dismissed with prejudice.

_____
J.