IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT CLARK, et al., ) | |
| ) | |
| Plaintiffs ) | Civil Action No.: 02-CV-2848 |
| ) | |
| v. ) | |
| ) | |
| DRUG EMPORIUM, INC., ) | |
| ) | |
| Defendant. ) | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Defendant's Motion to Dismiss Case as Moot and Brief in Support were served via U.S. mail, postage prepaid, this ____ day of October, 2002 upon the following individuals.

    Jason L. Brodsky
    Brodsky & Smith, LLC
    Two Bala Plaza, Suite 602
    Bala Cynwyd, Pennsylvania  19004

_____
WILLIAM R. HINCHMAN