IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT CLARK, et al., ) | |
| ) | |
| Plaintiffs ) | Civil Action No.:  02-CV-2848 |
| ) | |
| v. ) | |
| ) | |
| DRUG EMPORIUM, INC., ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF LELAND CLARK

Leland Clark, of legal age, hereby deposes and states as follows:

1. I am presently employed by Drug Emporium, Inc. and Snyders Drug Stores, Inc. as Vice President of Real Estate.

2. I received a copy of plaintiffs' complaint as filed in this matter. The property which plaintiffs' contend forms the basis of this lawsuit, which is located at 9212 Frankford Avenue, Philadelphia, Pennsylvania 19114, is leased by my employer, Drug Emporium, Inc. which operates a retail facility known as Drug Emporium on the premises.

3. In my position as Vice President of Real Estate for Drug Emporium, Inc., I caused all of the alleged violations listed in paragraph 15 of plaintiffs' complaint to be corrected and they have now all been corrected.

4. The work correcting the alleged violations was completed on September 18th, 2002.

5. The work was done by PMCO, Inc. at a cost of $675.00.

     I hereby verify that the foregoing is true and correct to the best of my knowledge and belief.

_____
Leland Clark

STATE OF _____ )
                                     ) ss
COUNTY OF _____ )

     On this \_\_\_\_ day of _____, 2002, before me, a notary public in and for said county and state, personally appeared Leland Clark, known to me to be the person who executed the within affidavit and acknowledged to me that he executed the same for the purposes therein stated.

_____
Notary Public

My commission expires:

_____